| United States District Court | Southern District of Texas |
|---|---|

Tony Morris Jones, §
　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　§
versus　　　　　　　§　　Civil Action H-11-3921
　　　　　　　　　　§
Dow Jones Partnership, et al., §
　　　　　　　　　　§
　　　　Defendants. §

## Final Judgment

1.　Tony Morris Jones's motion to proceed *in forma pauperis* is denied. (2)

2.　This case is dismissed for failure to state a claim.

Signed on November 8, 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge