Date Dated: 11-13-2011

From the Desktop of
Tony Morris Jones #00571214
John T. Montford Unit
8602 Peach St Slaton Hwy
Lubbock

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
NOV 18 2011
David J. Bradley, Clerk of Court

To David J. Bradley, Clerk

I would like your consent to preceed in case number: 4:11-CV-03922 Tony Morris Jones Plaintiff/Petitioner Verses Carson, Et als, Defendant/Respondent(s) and in case Number: 4:11-CV-03921 Tony Morris Jones Plaintiff/Petitioner Versus Dow Jones Partnership, Et al, Defendant/Respondent(s) IN A Jury Trial with your consent David J. Bradley, Clerk

Tony Morris Jones #00572104
John T. Montford Unit
8603 Peach St Slaton Hwy
Lubbock, Tx 79404

LUBBOCK TX 794
10 NOV 2011 PM 1 L

United States District Court
Screened by US Marshal of TEXAS
P.O. Box 61010 Houston Tx 77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
NOV 1 8 2011
David J. Bradley, Clerk of Court

7720851010