Date 11-24-2011

From The Desk Top of
Tony Morris Jones #00570124
John T. Montford Unit
8602 Peach St Slaton Hwy
Lubbock, Tx 79404

To the United States District Court
Southern District of Texas
P.O. Box 61010, Houston, Tx 77208

United States District Court
Southern District of Texas
FILED

DEC 1 2011

David J. Bradley, Clerk of Court

Dear David Bradley Clerk,

I have about 3 cases pending numbers: 4:11-CV-03921, Number: 4:11-CV-3921, Number 4:11-CV-04046, Number 4:11-CV-03906.

What I am writing the U.S.D.C David Bradley Clerk for is I was in about fourteen hundreds dollars in Debt in 1983 Forms I told the U.S.D.C. Clerk about 3 Banks that held my monies I want to ask David Bradley the Clerk of the United States District Court Southern District of Texas P.O. Box 61010, Houston, Tx 77208 Am I out of debt with those 4 1983 Forms I gave you Lockwood Bank on Navigation St, Houston, Tx zip? I gave you Allied Bank building Number? Main St, Houston, Tx 77002 I gave you Bell Bank building Number? Capital St, Houston, Tx 77002 I File a Application to Proceed without Prepayment of Fees and Affidavit. Can you tell me if the Clerk David Bradley of the U.S.D.C Successfully Recieve a full payments for Assistance in a Civil Suit 4 of them. Can I you send me a debt free Notice are do I Need to hire a Durable Power of Attorney to assist me in a Full Payment to the U.S.D.C. If Not and The Clerk of the U.S.D.C has Satisfaction of Transactions of Monies and is paid. Can you send me a Reciept. my properties are very valuable to me sheets of estimations, Forms to Remove assets paid to the Clerk, Documents that Relieves me from the U.S.D.C. debt that would make me trustworthy as clientle to the court. Recorder having a copy of a Civil Right Act 42 USC § 1983 Lawsuit to the U.S.D.C. was there Funds in my Banks accounts. Thank you for your time. David Bradley Clerk. yrs,

Tony Morris Jones

Tony Morris Jones #00572124
John T. Montfund Unit
6og Peach St Slaton Hwy
Lubbock, Texas 79464

LUBBOCK TX 794

28 NOV 2011 PM 1 L

United States District Court
Southern District of Texas
FILED

DEC 1 2011

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
P.O. Box 61010, Houston, TX 77208

FOREVER

7720861010