| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| TONY MORRIS JONES, | § | |
| TDCJ 00572124, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION H-11-3921 |
| | § | |
| DOW JONES PARTNERSHIP, *ET AL.*, | § | |
| | § | |
| Defendants. | § | |

## Order

The plaintiff's motion to proceed as a pauper (5) is denied.

Signed December 6, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge