Correspondence send to the following person at the Plaintiff's Name and address Defendant's Also Magnify to see Letters

NAME Jones Tony Morris TDCJ-CID# 572124
FBJ Unit 515 Rusk St. Houston, Tx 77002 Plaintiff Date Correspondence Recieve / /2015
Date Plaintiff Notified / /2015
Alvis Denise Jones Tele (281) 550-2843 - cell (281) 782-9170 Returned office signature/Date
Plaintiff: ☐ To or ☐ From ☐ Attachments Return ( page)
Termanologies of Occupations: yes ☐ No ☒ Army Reserves: yes ☐ No ☐ Entur purnuer
Transfer: yes ☐ No ☐ Plaintiff Date/signature / /2015 Tony Morris Jones
Personal Interview with a represenative of an outside agency Treatment Division, Administration
The above ☐ Package/Publication has been of Plaintiff's Notification requesting to you in correspondence with FBI Respresentive Signature & Date
→ Further action by this office is not warrant is currently under review.
Arrgreement that Deeds, Property Holding Withdraw Policies, Bank Account numbers, ID' Route numbers, Policies of my Businesses accordance, mail to the Plaintiff/addressee of Correspondence Date Denied Content, Founder
Rational yes ☐ No ☐ Can be sent by FBI yes ☐ No ☐ Signature Date
Holding Package yes ☐ No Alvis Denise Jones 18231 Juniper Crossing Ln. Katy, Tx 77449
Recieved: ☐ Located: ☐ Unable to Recover: ☐ Lost: ☐ Destroy
☐ Keepsakes: ☐ yes ☐ No ☐ Can't find ☐ yes ☐ No ☐ Not Active
Adjustments: Federal Bureau Investigations Initial/Date
☐ yes, ☐ No Correspondence records do indicate receipt of the referenced information or assistance, review and Risk that was returned to Plaintiff Undamage the applicable Date_____ Signature/asst.

Appeal: Direct this issue to the Law Enforcements Investigator a copy of the Bureau on How To write and Confiscation Form

Subject: Request To Authority ☐ yes ☒ No I need addictional information or assitance: ☐ Property Returned: ☐ property destroy yes or no:
From Alvis Denise Jones 18231 Juniper Crossing LN. Katz, Tx 77449 Tele# (281) 550-2843
General Information Sheet: ☐ yes ☐ No grant or deny - AN Administration Matter ☐ yes ☒ No a legal matter: yes ☐ No ☐ measureable investigation process. yes ☐ No ☐ Defendant's residence in this State.
Tony Morris Jones
Executed on: / /2015 JUN 15 2015 Tony morris Jones
         Date
I declare under penalty of perjury all facts presented in this Complaint and attachments thereto are true and correct.

Confiscate Review Easement yes ☐ No ☐ Name Date/signature
Alvis Denise Jones 18231 Juniper Crossins LN. Katy, Tx 77449 Tele# (281) 550-2843 Cell # (281) 782-9170
Victim Impact Service Tony Morris Jones #572124 Clements Unit

#S72124
Tony Morris Jones
Clements Unit SPUrS91
9601 N. Eastern Avenue
Amarillo, TX 79107-9608

AMARILLO TX 791
11 JUN 2015 PM 2 L

To: A Sargent
Federal Bureau of Investigation
515 Rusk St
Houston, TX 77002

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 15 2015
David J. Bradley, Clerk of Court

77002 $2500