To The Federal Bureau of Investigation
515 Rusk St
Houston, Tx 77002

United States
Southern District
FILED

JUL 13 2015

David J. Bradley, Clerk of Court

#572124
From Tony Morris Jones
Clements Unit
9601 N.E. 24th Avenue
Amarillo, Tx 79107-9608

As y'alls well know I'm the Tony Morris Jones that made made the Correspondence Sheet about Deed to properties, Property Holding withdraw Banking Slip; Route numbers, Bank Account Number, Addresser to my new Homes ETC.)

Did the FBI recieve my Form I made to confiscate all the paperwork I mention From Randy. E. Jones, Sylvia L. Phillips and Alvis Denise Jones.

Could y'alls enlighting me and a Sargent I ask to Investigate my Form please write Back or Call My Warden or Building Major at the Clements Unit 9601 N.E. 24th Avenue Amarillo, Tx 79107-9608

Sincerely Thanks
Tony Morris Jones

#S72124
Tony Morris Jones
Clements Unit
9601 N.E. 24th Avenue
Amarillo, TX 79107-9608

AMARILLO TX 791
25 JUN 2015 PM 2 L

To: Sargent at
The Federal Bureau of Investigation
515 Rusk St.
Houston, TX 77002

United States Courts
Southern District of Texas
FILED
JUL 13 2015
David J. Bradley, Clerk of Court